**Order entered September 14, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00483-CV

### CITY OF DALLAS, Appellant

### V.

### NANCY BEGGS, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14997-M**

## ORDER

We **GRANT** appellee's September 11, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than October 14, 2015.

/s/     CRAIG STODDART
JUSTICE